No. 75–5958. RICKMAN v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Doyle* v. *Ohio,* 426 U. S. 610.

No. A–1104. A ET AL. v. DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF COLORADO ET AL. Application for stay of mandate of the Supreme Court of Colorado, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–1105. KOCH ET UX. v. ALEXANDER, COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Application for injunction, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 75–720. LEE WAY MOTOR FREIGHT, INC., ET AL. v. RESENDIS ET AL.; and YELLOW FREIGHT SYSTEM, INC. v. HERRERA ET AL., 425 U. S. 991. Counsel for respondents requested to file response to petition for rehearing within 30 days.

No. 75–1690. PARHAM, COMMISSIONER, DEPARTMENT OF HUMAN RESOURCES OF GEORGIA, ET AL. v. J. L. ET AL. Appeal from D. C. M. D. Ga. Motion of appellees for expedited consideration of this case denied.

No. 75–1687. UNITED STATES TRUST COMPANY OF NEW YORK, TRUSTEE v. NEW JERSEY ET AL. Appeal from Sup. Ct. N. J. Motion of Securities Industry Assn. for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted.